

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

> Application granted. Conference adjourned to 8/27/2020 at 10:30 a.m.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> August 13, 2020

**VIA ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: **Downes v. McGuire, 19-cv-11281 (PMH)**

Dear Judge Halpern:

This office represents the Defendant in the above-referenced matter. An initial conference in this action is scheduled for August 18, 2020 at 10:00 a.m.

I will be out of town next week and am concerned that I will not have cell phone service in my location in order to call in for the conference. I have spoken with Plaintiff's counsel over the past months, and we remain engaged in discussions in furtherance of settling this action.

I am respectfully requesting that the conference be moved to a date in the following weeks. Plaintiff's counsel has indicated his availability on August 24th, August 26th-28th, and September 1st-2nd.

I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.



Respectfully submitted,

Loren Zeitler
Senior Assistant County Attorney


cc:     All counsel of record (**via ECF**)